Fill in this information to identify the case:

Debtor name: **Plasco Tooling & Engineering Corporation**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Alro Steel<br>3100 East High Street<br>Jackson, MI 49203 | Carl Spaeth<br>cspaeth@alro.com<br>810-695-7300 | | | | | $41,881.61 |
| Amex Corporate<br>200 Vesey St<br>New York, NY 10258 | Mark Durazo, Jr.<br>mark.a.durazojr@aexp.com<br>800-472-9297 | | | | | $67,671.09 |
| Apelott Industrial<br>1211 Rankin St<br>Troy, MI 48083 | apelott2@ameritech.net<br>248-588-1181 | | | | | $87,340.21 |
| Auburn Industries<br>3301-D Lapeer West<br>Auburn Hills, MI 48326 | Tom Broderick<br>tom.broderick@auburnindustries.com<br>248-374-0377 | | | | | $43,250.00 |
| Bobs Welding<br>5375 Kilgore Rd<br>Avoca, MI 48006 | Bob Goolsby<br>harleybob2@aol.com<br>810-324-2592 | | | | | $101,017.81 |
| Burnham Composite<br>6262 W. 34TH St South<br>Wichita, KS 67215 | Glen Kohler<br>gkohler@burnhamcs.com<br>316-946-5900 | | | | | $47,913.00 |
| Cardmember Services (FSB)<br>824 N 11th St<br>Saint Louis, MO 63101 | 866-807-9053 fax<br>866-552-8855 | | | | | $49,813.16 |
| Coast Composites<br>1395 S. Lyon St<br>Santa Ana, CA 92705 | Kate Zhao<br>kzhao@coastcomposites.com<br>949-455-0665 | | | | | $84,256.00 |

| Debtor | Plasco Tooling & Engineering Corporation | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Datum Design<br>2 Harmony St<br>Ballynahinch<br>Northern Ireland<br>BT24 8AE | Michael Maguire<br><br>Michael@datum-design.com<br>44+289-7561015 | | | | | $118,074.00 |
| Experi-Metal<br>6385 Wall St<br>Bloomfield Hills, MI 48304 | Michael Taylor<br><br>mtaylor@experi-metal.com<br>586-977-7800 | | | | | $129,900.00 |
| JP Precision<br>41239 Irwin Dr<br>Harrison Township, MI 48045 | Juan Aguilar<br><br>586-846-3758 fax<br>313-333-1131 | | | | | $91,022.00 |
| Louca<br>1399 Pacific Drive<br>Auburn Hills, MI 48326 | Helen Blackwell<br><br>248-391-8155 fax<br>248-391-1616 | | Unliquidated<br>Disputed | | | $800,228.00 |
| Oakley Industries<br>35224 Automation Drive<br>Clinton Township, MI 48035 | Mike Oakley<br><br>moakley@oakley-ind.com<br>586-792-1261 | | | | | $67,321.50 |
| PNC Corporate Card<br>6750 Miller Rd<br>Brecksville, OH 44141 | 866-622-2657 | | | | | $54,346.85 |
| Polk & Associates<br>30600 Telegraph Rd<br>Bingham Farms, MI 48025 | Rick Williams<br><br>rwilliams@polkcpa.com<br>248-642-5700 | | | | | $85,039.50 |
| Richard Shafer Builder<br>130 Shafer Drive<br>Romeo, MI 48065 | 586-752-7944 fax<br>586-752-6590 | | | | | $37,338.00 |
| Service Mold Aerospace<br>2711 St Etienne Blvd<br>Windsor, ON N8W 5B1 | Gail Chekansky<br><br>gchekansky@service-mold.com<br>519-945-3344 | | | | | $59,575.00 |
| State Of Michigan<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226 | Rene Katlein<br><br>517-636-4200 | | | | | $45,762.00 |
| Tarus Products<br>36100 Commerce Drive<br>Sterling Heights, MI 48312 | Cathee Meldrum<br><br>Cmeldrum@tarus.com<br>586-977-1400 | | | | | $102,520.41 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **VJ Industries** <br> **827 Degurse** <br> **Marine City, MI** <br> **48039** | **John Reichle** <br><br> **vjinds@yahoo.com** <br> **810-365-3900** | | | | | **$52,728.00** |