**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In re:**

**PLASCO TOOLING & ENGINEERING**
**CORPORATION**,

Case No. 17-49638-mar
Chapter 11
Hon. Mark A. Randon

Debtor

_____/

**ORDER CONFIRMING DEBTOR'S CORRECTED COMBINED**
**PLAN OF LIQUIDATION AND DISCLOSURE STATEMENT**

This matter having come before the Court on confirmation of the Debtor's *Corrected Plan of Liquidation* [DN 160] (the "Plan"); Debtor seeks entry of this Order Confirming the Plan (the "Confirmation Order"); due and appropriate notice under the circumstances having been given; all creditors and interested parties have had an opportunity to be heard; the Court having considered the Plan and the record in this Chapter 11 case to date; due and sufficient factual and legal cause appearing therefore; and the Court otherwise being fully advised in the premises;

**IT APPEARS AND THE COURT FINDS THAT**:

A.      The Court has jurisdiction over the Debtor's bankruptcy case (the "Bankruptcy Case") pursuant to 28 U.S.C. §§157 and 1334.  Venue before this Court is proper pursuant to 28 U.S.C. §§1408 and 1409.  The confirmation of the Plan is a core proceeding under 28 U.S.C. §157(b)(2).

B.      All capitalized terms not defined herein have the meanings ascribed to them in the Plan or Disclosure Statement.

C.     The Debtor filed its Plan of Liquidation with this Court on November 16, 2017 [DN 155].

D.     On November 20, 2017, this Court entered its Order Conditionally Approving Debtor's Disclosure Statement and Establishing Plan Confirmation Procedures [Docket No. 156].

E.     On November 22, 2017, Debtor filed its Corrected Combined Plan of Liquidation and Disclosure Statement ("Plan") [Docket No. 160]. Also on November 22, 2017, this Court entered its Order Modifying the Order Granting Preliminary Approval to Debtor's Disclosure Statement [DN 161].

F.     Debtor timely transmitted Ballots to the holders of Impaired Claims in accordance with the Approval Order and Rule 3018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and served copies of the Plan and the Approval Order on all required parties.

G.     Under the Plan, the Debtor is liquidating and is not continuing in business after consummation of the Plan.

H.     On November 20, 2017, Debtor filed a Ballot Report and Tabulation of Ballots, and attached the Tabulation of Ballots and the Ballots cast by Debtor's creditors and interest holders (the "Voting Report") [Docket No. 192]. Pursuant to the Voting Report, Classes V and VI voted to accept the Plan. However, the only Class VI vote cast was untimely. Classes I, III, and IV cast no ballots in favor or against confirmation of the Plan. Class II voted to reject the Plan.

2

I.      No representative of a Class I Claim holder appeared at the confirmation hearing. It appears that the Class I Claim held by First State Bank, the sole holder of a Clas I Claim, has been satisfied in full and Class I is not an impaired Class under the Plan.

J.      The sole creditor holding a Class II Claim, the U.S. Small Business Administration ("SBA") has stipulated to withdrawal of its ballot rejecting Debtor's Plan. [DN 191].

K.      The sole creditor holding a Class III Claim, Direct Capital Corporation, has stipulated to a payment in full satisfaction of its Class III Claim and to treatment to the remainder of its Claim as a general unsecured Class V Claim. [DN 187].

L.      The sole creditor holding a Class IV Claim, the Macomb County Treasurer, was not at the confirmation hearing, but has authorized Debtor's counsel to represent to the Court that the Class IV Creditor had no objection to confirmation of the Plan.

M.      No objections to confirmation of the Plan or to final approval of the Disclosure Statement have been filed. However, one informal objection to final approval of the Disclosure Statement is resolved through entry of this Order (see par. 4, below).

N.      On January 22, 2018, the Court held a hearing to consider confirmation of the Plan (the "Confirmation Hearing"). No creditor or party in interest at the Confirmation Hearing raised any objection to confirmation of the Plan or to final approval of the Disclosure Statement.

O.      The Court has reviewed the Plan, heard the arguments presented by the parties and permitted an opportunity for objections, and finds that the Plan satisfies and complies with each of the elements necessary for confirmation under § 1129(a) of the Bankruptcy Code or, in the alternative, complies with each of the elements necessary for confirmation under § 1129(b) of the Bankruptcy Code.

P.      The modifications proposed herein do not adversely affect the Claim of any Creditor in the Bankruptcy Case.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT**:

1.      The Plan, including all of its terms, provisions and exhibits which are incorporated herein by reference, is confirmed under §1129(a) of the Bankruptcy Code, subject to the modifications set forth below.  Where inconsistent, this Confirmation Order supersedes the Plan.

2.      The Disclosure Statement is approved on a final basis.

3.      The modifications contained in this Confirmation Order constitute modifications allowed pursuant to 11 U.S.C. § 1127 and do not adversely change the treatment of any Claim or Interest under the Plan.  Accordingly, in accordance with Fed. R. Bankr. P. 3019, the Plan shall be deemed accepted by all Creditors and Interest Holders who have previously accepted the Plan, and it is not necessary for the Plan to be re-noticed to Creditors.

4.      Section VI.C.i of the Disclosure Statement (p. 8) is modified by striking everything in that section after the first sentence.

5.      This Order amends the Disclosure Statement and, in the event of any conflict between the Plan, the Disclosure Statement, and this Order, the terms of this Order will govern.

6.      This Court shall reserve and retain jurisdiction to enforce the terms of the Confirmation Order or rule upon any disputes arising from this Confirmation Order or the Plan.

7.      No just reason exists for delay in the implementation of this Confirmation Order. The Court hereby directs entry of the judgment set forth herein.  This Confirmation Order is a final and appealable order pursuant to Federal Rules of Bankruptcy Procedure 7054(a) and 9014 and Federal Rule of Civil Procedure 54(b).

**Signed on January 22, 2018**

8.



/s/ Mark A. Randon
_____
Mark A. Randon
United States Bankruptcy Judge